UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONAL RAY GRIGSBY, JR.,<br><br>    Petitioner,<br><br>    v.<br><br>ROBERT W. FOX, Warden,<br><br>    Respondent. | No. 2:18-cv-00447-KJM-GGH<br><br>FINDINGS AND RECOMMENDATIONS |

    Petitioner filed a petition for a writ of habeas corpus in pro se on February 28, 2018. EC No. 1. This court dismissed the petition with leave to amend to state a civil rights claim under 42 U.S.C. section 1983 in conformity to instructions given in the Order on April 30, 2018. ECF No. 5. On May 24, 2018 the petitioner sought an extension of time to file an amended pleading, ECF No. 6, and on June 1, 2018 the court granted an extension of time to August 10, 2018 and directing petitioner to complete an in forma pauperis application if he wished to proceed. ECF No. 7. Petitioner has taken no action in response to this Order and the time to do so has now lapsed.

    In light of the foregoing IT IS HEREBY RECOMMENDED that:

    1.    The petition should be dismissed without leave to amend pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and refusal to obey the Order of this court;

1

2. No certificate of appealability should be issued;

3. The Clerk of the Court should close this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within thirty (30) days after being served with these findings and recommendations, petitioner may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. The petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991, 951 F.2d 1153 (9th Cir. 1991.

Dated: August 24, 2018

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE